Kellam Foster, appellant, v. John H. Powrie, trading as Warner Research Laboratory, appellee. Gen. No. 39,178.

Opinion filed March 15, 1937. Rehearing denied March 29, 1937.

Marshall Solberg, for appellant. Milton S. Applebaum, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. William Jacobson, plaintiff in error. Gen. No. 38,967.

Opinion filed March 15, 1937.

Rittenhouse & Marovitz, for plaintiff in error; Harold Marovitz, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Richard H. Devine and Melvin S. Rembe, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Universal Credit Company, appellant, v. Standard Oil Company, appellee. Gen. No. 38,969.

Opinion filed March 24, 1937. Rehearing denied April 12, 1937.

Goldman, Allshouse & Healy, for appellant; Robert G. Dreffein, M. M. Loman and M. J. Hirschenbein, of counsel. Brewer, Smith & Farrell, for appellee; William L. McKay and George D. Smith, of counsel.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.

Hugenia S. Doggett, appellee, v. Margaret L. Blocher et al., defendants. Mathea Hansen, appellant. Gen. No. 38,998.

Opinion filed March 24, 1937.

I. W. Kaufman, for appellant. William J. Mahoney, for appellee.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.